## Matt TEAGUE v. STATE.

### No. 18217.

Court of Criminal Appeals of Texas.
April 29, 1936.

W. E. Myres, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for manufacturing intoxicating liquor; punishment, two years in the penitentiary.

This is a prosecution had under the provisions of what is known as the Dean Law (Pen.Code 1925, art. 666 et seq., as amended). Following what has been said by us in the case of Meadows v. State, 88 S.W.(2d) 481, the judgment herein will be reversed and the prosecution ordered dismissed.